**Marc J. Victor, P.C.**
3920 S. Alma School Road, Suite 5
Chandler, Arizona 85248
Telephone:  (480) 455-5220
Fax:  (480) 755-8286
Vicki A.R. Lopez – SBN 010426
vicki@attorneyforfreedom.com
Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jim Kanelos, | No.    CV 10-08099PCT-GMS |
| Plaintiff | CV 10-8149-PCT-GMS |
| vs. | CONSOLIDATED |
| County of Mohave, a government entity; Mohave County Board of Supervisors, an elected governing body; Mohave County Attorney, a mandated administrative division of Mohave County Government; Mr. Ron Walker, as Mohave County Manager, (an appointed position); Mr. Matt Smith, as Mohave County Attorney (an elected position): Mr. Matt Smith, an individual; Mr. Bill Ekstrom, as Deputy Mohave County Attorney (a staff position); Mr. Bill Ekstrom, as individual; Mr. Buster Johnson, a Mohave County Supervisor (an elected position); Mr. Buster Johnson, as individual; Mr. Tom Sockwell, as Mohave County Supervisor (an elected position); Mr. Tom Sockwell, as individual; Mr. Gary Watson, as Mohave County Supervisor (an elected position); Mr. Gary Watson, as individual; John Does A-Z and Jane Does A-Z, | **JOINT REPORT ON SETTLEMENT TALKS** |
| Defendants. | |

Gianluca Zanna and Bridget Langston-
Zanna, husband and wife,

                                    Plaintiffs,

          vs.

Mohave County, a jural entity; Ron
Walker and Jane Doe Walker, husband
and wife; Tom Sockwell and Jane Doe
Sockwell, husband and wife; Buster
Johnson and Jane Doe Johnson, husband
and wife; Gary Watson and Jane Doe
Watson, husband and wife; and William
Ekstrom and Jane Doe Ekstrom, husband
and wife,

                                    Defendants.

          On April 12, 2011 plaintiffs Gianluca Zanna and Bridget Langston-Zanna along with their undersigned counsel met with defendants counsel, Mohave County Risk Manager, Richard Weldon, and Cynthia Mangelli for a Settlement Conference.  Also present were Jim Kanelos and his attorneys, Sarah Anchors and Hector Diaz. This effort to come to arrive at a settlement of this matter was unsuccessful.

          RESPECTFULLY SUBMITTED this 27th day of April, 2011.


MARC J. VICTOR, P.C.                    JONES, SKELTON & HOCHULI, P.L.C.


By:   */s/ Vicki A.R. Lopez*            By: */s/ Georgia A. Stanton*
      Vicki A.R. Lopez                       Georgia A. Stanton
      Attorney for Plaintiffs                Attorney for Defendant

//
//

2

1
2
3
4
5
6

I hereby certify that I electronically transmitted the attached document To the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants, and mailed a copy of the same to the following if non-registrants this 27th day of April 2011, to:

7

8
9
10
11
12
13
14
15

Sarah R. Anchors, Esq.
Hector J. Diaz, Esq.
QUARLES & BRADY, LLP
One Renaissance Square
Two North Central Avenue
Phoenix, Arizona  85004-2391
Attorneys for Plaintiff Kanelos
602-229-5788
FAX:  602-420-5083
sarah.anchors@quarles.com
hector.diaz@quarles.com

16

17

 /s/ *Kathy Clements*

18
19
20
21
22
23
24
25
26

3